RECEIVED

FEB 2 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FLOYD QUEBEDEAUX | CIVIL ACTION NO. 6:12-cv-00849 |
| VERSUS | JUDGE DOHERTY |
| NELSON GRANTT GUILLORY<br>JOSEPH NELSON GUILLORY,<br>SHERIFF BOBBY GUIDROZ | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motions to dismiss that were filed by defendant Sheriff Bobby Guidroz (Rec. Doc. 18) and by defendant Joseph Nelson Guillory (Rec. Doc. 32) are GRANTED IN PART and DENIED IN PART.  More particularly, the motions are DENIED to the extent that they seek dismissal of the plaintiff's complaint under Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction; they are GRANTED to the extent that they seek dismissal of the

plaintiff's claims against them under Fed. R. Civ. P. 12(b)(6) for failure to state a claim; and the plaintiff's claims against defendants Joseph Nelson Guillory and Sheriff Bobby Guidroz are dismissed with prejudice.

Lafayette, Louisiana, this _26_ day of _February_, 2013.

Rebecca F. Doherty
United States District Judge